UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR.,

                        Plaintiff,

          -against-

THE CITY OF NEW YORK; MICHAEL
FURRS,

                     Defendants.

1:26-CV-1634 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police

Department and the New York City Law Department of this order. The Court requests that the

City of New York and Police Officer Michael Furrs waive service of summonses.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:     5/11/2026
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge