UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                     Plaintiff,

    -v-

THE CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO. 26 Civ. 1634 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 9). On May 11, 2026, the Honorable Vernon S. Broderick requested that Defendants the City of New York and Police Officer Michael Furrs (together, "Defendants") waive service of summonses. (Dkt. No. 7). To date, Defendants have not waived service of summons. By **June 18, 2026**, Defendants shall either waive service of summons or file a letter indicating they are not willing to waive service of summons.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

1. The New York City Law Department at 100 Church Street, New York NY 10007.

2. Robert Derek Lurch, Jr. at 274 West 40th Street, New York, NY 10018.

Dated:     New York, New York
            May 28, 2026

                      SO ORDERED.

                      SARAH L. CAVE
                      **United States Magistrate Judge**