UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                Plaintiff,

   -v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 26 Civ. 1634 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 10, Defendants the City of New York (the "City") and Police Officer Michael Furrs ("Furrs") (together, "Defendants") were required to either waive service of the summons and complaint (Dkt. No. 1) or file a letter indicating they are not willing to waive service by **June 18, 2026**. (Dkt. No. 10). On June 12, 2026, Odalmy Ruiz, Esq. ("Ms. Ruiz"), Assistant Corporation Counsel from the New York City Law Department, filed a waiver of service on behalf of the City. (Dkt. No. 13). Furrs, however, has not waived service nor has he indicated whether he is willing to waive service. Given that Ms. Ruiz is representing the City, by **June 29, 2026**, Ms. Ruiz shall file a letter indicating whether the New York City Law Department is also representing Furrs and whether it will accept service on behalf of Furrs.

The Clerk of Court is respectfully directed to mail a copy of this Order to Robert Derek Lurch, Jr. at 274 West 40th Street, New York, NY 10018.

Dated:     New York, New York        SO ORDERED.
          June 22, 2026

SARAH L. CAVE
**United States Magistrate Judge**