UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                          Plaintiff,

      -v-                                              CIVIL ACTION NO. 26 Civ. 1634 (VSB) (SLC)

                                                       **ORDER**
THE CITY OF NEW YORK, <u>et al.</u>,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 22, 2026, the Court directed Odalmy Ruiz, Esq. ("Ms. Ruiz"), counsel for Defendant the City of New York (the "City"), to file a letter by June 29, 2026 indicating "whether the New York City Law Department is also representing [Defendant Police Officer Michael] Furrs ["Mr. Furrs"] and whether it will accept service on behalf of Furrs."  (Dkt. No. 14).  The amendment to the Court's e-service Memorandum of Understanding ("MOU") with the New York City Police Department ("NYPD"), however, provides:

> For any Individual NYPD Defendant who is a current NYPD employee, NYPD will have 60 calendar days from the entry of the Order of Service to file a "Waiver of Service Executed," stating that the Individual NYPD Defendant waives service of summons, or a "Waiver of Service Unexecuted," stating that the Individual NYPD Defendant does not waive service of summons.

Accordingly, Furrs' deadline to either file a "Waiver of Service Executed," or a "Waiver of Service Unexecuted," is July 10, 2026, or 60 days from the Order of Service dated May 11, 2026 by the Honorable Vernon S. Broderick.  (Dkt. No. 7).  The Court therefore <u>sua</u> <u>sponte</u> **EXTENDS** Furrs' deadline to either file a "Waiver of Service Executed," or a "Waiver of Service Unexecuted" to **July 10, 2026**.  To the extent the New York City Law Department is representing Furrs, it shall

file either a "Waiver of Service Executed," or a "Waiver of Service Unexecuted" on behalf of Furrs

by **July 10, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Robert Derek

Lurch, Jr. at 274 West 40th Street, New York, NY 10018.

Dated:        New York, New York            SO ORDERED.
              June 23, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2